UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEONARD PERKINS AND FRANCINE PERKINS | * | CIVIL ACTION NO.: 2:23-00558 |
| versus | * | SECTION: "A"<br>DISTRICT JUDGE<br>JAY C. ZAINEY |
| STATE FARM FIRE AND CASUALTY COMPANY | * | MAG. "1"<br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

**ORDER**

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED** that the above numbered and entitled cause be and the same is hereby dismissed, with full prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this __24th__ day of __October__, 2023.

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA